**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS AYALA AND JOSE ELMER HERNANDEZ,<br><br>  Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 2:24-cv-10742-SVW-SSC<br><br>Hon. Stephen V. Wilson<br><br>**ORDER REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs JUAN CARLOS AYALA AND JOSE ELMER HERNANDEZ ("Plaintiffs") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $9,500.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $9,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by May 23, 2025. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: March 28, 2025

_____
Hon. Stephen V. Wilson
District Court Judge

1

**[PROPOSED] ORDER**
